UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-02264-WBS-CSK |
| | No. 2:25-cv-02265-WBS-CSK |
| | No. 2:25-cv-02266-WBS-CSK |
| | No. 2:25-cv-02267-WBS-CSK |
| | No. 2:25-cv-02333-WBS-CSK |
| | No. 2:25-cv-02391-WBS-CSK |
| | No. 2:25-cv-02393-WBS-CSK |
| | No. 2:25-cv-02421-WBS-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2 the Court to open a new case for each attempted new pleading and assign it to the Court for
3 review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4 Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6 finds they are related to Plaintiff's Alameda County criminal conviction.[1]

7       Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02264, 2:25-cv-02265, 2:25-cv-
8 02266, 2:25-cv-02267, 2:25-cv-02333, 2:25-cv-02391, 2:25-cv-02393 and 2:25-cv-02421 are
9 DISMISSED; the Clerk of the Court is directed to close these cases.  No further filings will be
10 accepted.

11 Dated:  September 5, 2025

                                WILLIAM B. SHUBB
12                                 UNITED STATES DISTRICT JUDGE

---

[1] The caption of 2:25-cv-02391 names the United States District Court for the Northern District of California.  To the extent plaintiff intended to raise the claims raised in 2:25-cv-02391 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:25-cv-02391 are related to plaintiff's Alameda County criminal conviction.